UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHELLE R. MARSHALL,
    Plaintiff

V.

Civil Action No: 18-1258

UNITED STATES OF AMERICA,
    Defendant

## PLAINTIFF MICHELLE R. MARSHALL MOTION TO DISMISS THIS CIVIL ACTION WITHOUT PREJUDICE

NOW COMES, Petitioner Michelle R. Marshall, Pro Se requesting this Court to dismiss Civil Action No: 18-1258 without prejudice pursuant to Fed. Civ. P. R. 7(b). Petitioner provides the following to support this motion.

1. The pleadings period is not currently closed. Fed. Civ. P.R. 7(a)(7).

2. Petitioner is scheduled to go to a Residential Reentry Center (AKA Half-Way House) on or around March 2020.

3. Currently, Petitioner is currently seeking an earlier release date under the Second Chance Act, First Step Act, and 18 USC 3621(b).

4. Petitioner has a good chance of going home sometime in 2019 and thus has chosen not to pursue this matter any further.

WHEREFORE, Petitioner Michelle R. Marshall prays that this Court will dismiss this action without prejudice and provide any other relief by which she maybe entitled too.

5/12/2019
Date

Respectfully submitted,

*Michelle R. Marshall*
Michelle R. Marshall
Register #_____
c/o SFF-Hazelton
Bruceton Mills, WV 26525

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Dismiss was placed in Secure Female Facility (K-2) mailing system on Monday, May 13, 2019 and addressed to: U.S. Department of Justice, Civil Division, Federal Programs Branch, Attn: Kenneth E. Sealls, Esq. 1100 L Street, NW, Rm 11520, Washington, D.C. 20005

*Michelle R. Marshall*

Michelle R. Marshall, Pro Se

Michelle Marshall
Secured Female Facility Hazelton
PO Box 3000
Bruceton Mills, WV 26525

Attn: Kenneth E. Sealls Esq
US Department of Justice
Civil Division Federal Programs
1100 L. St. NW Rm 115 20
Washington, DC 20005

X-RAYED
MAY 23 2019
DOJ MAILROOM